UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

BASRU PEROVIC and DGUZE PEROVIC,

                    Plaintiffs,     <u>PROTECTIVE ORDER</u>

    - against -                CV 2008-2983 (SLT)(MDG)

THE CITY OF NEW YORK, <u>et</u> <u>al.</u>,

                    Defendants.

- - - - - - - - - - - - - - - - - - X

     This Court having reviewed the "Stipulation and Protective Order" filed by the parties (ct. doc. 26), and having found good cause for issuance of protective order given the contemplated discovery in this case, the terms of the stipulation are approved, but subject to the following:

     1.  The parties must use best efforts to minimize the need to file documents under seal.  Prior to submitting any document or other material containing "Confidential Materials" to the Court for determination whether they should be filed under seal, each party must determine whether the material that is the basis for designation as "Confidential Materials" is relevant to the issue addressed in a filing or whether a stipulation of certain facts may eliminate the need for sealing a document containing Confidential Materials.  If the Confidential Materials are not relevant to the filing, a document should be filed with such Confidential Materials redacted.

2.  In seeking to file any document under seal, the parties must also comply with procedures established by the Clerk's Office and submitted a completed sealing form with each document to be sealed.

3.  If a filing is lengthy but the Confidential Materials comprise a small portion of the submission, only the pages, sections or exhibit containing Confidential Materials may be filed under seal and the remainder of the submission should be filed unsealed.  If an entire document is permitted to be filed under seal, the party submitting the document must electronically file a notice that such a submission is being filed under seal. Any sealing envelope should clearly describe the document to be sealed and identify the document number on the docket sheet corresponding to such sealed document.  Each envelope submitted for sealing may contain only one document or portions of one filing (such as redacted pages from multiple exhibits annexed to a document filed).

5.  A party submitting a document for filing under seal shall provide the Clerk of the Court and the District Judge and/or Magistrate Judge to be handling the application at issue with a complete un-redacted copy of the submission.  The first page of the submission must indicate what portions have been redacted and filed under sealed and the top of every page or section containing Confidential Materials shall bear the notation "This page filed under seal."

6. Any Confidential Materials which are publicly disclosed by the designating party shall, upon disclosure, automatically cease to be Confidential Materials entitled to protection by this Order. Such public disclosure includes any filing with any governmental agency or department of any document containing Confidential Materials which is subject to access by the public.

7. The parties are reminded they must observe Rule 5.2 of the Federal Rules of Civil Procedure regarding the redaction of private information from court filings. In particular, they must substitute initials for the names of the minors and redact personal identification and account numbers.

**SO ORDERED.**

Dated: Brooklyn, New York
January 6, 2009

_/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE